UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LACKAWANNA COUNTY HEALTH CARE CENTER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:08-cv-00133 (ESH) |

**NOTICE OF APPEARANCE**

The Clerk will please **enter** the appearance of Lawrence J. Harder as counsel for the Defendant in the above-entitled case.

        Respectfully submitted,

        s/LAWRENCE J. HARDER
        LAWRENCE J. HARDER
        Supervisory Trial Attorney
        Department of Health and Human Services
        Office of the General Counsel
        Health Care Financing Division
        7500 Security Blvd., C2-05-23
        Baltimore, MD 21244-1850
        (410) 786-8080