AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | February 26, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Karen L. Fisher | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of Summons and Complaint via U.S. Certified Mail, Return Receipt Requested: P.S. Form 3811, Receipt # 7003 2260 0000 9890 2144; addressed to: Michael O. Leavitt, Secretary, Dept. of Health and Human Services, c/o General Counsel, DHHS, 200 Independence Ave, S.W. Washington D.C. 20201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-26-2008     *Karen L. Fisher*
              Date              *Signature of Server*

                              2933 N. Front St., Harrisburg, PA 17110
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lackawanna County Health Care Center
Sturges Road, Olyphant, PA 18447

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, in his official capacity as Secretary of the U.S. Department of Health and Human Services, c/o General Counsel Department of Health and Human Services, 200 Independence Avenue, S.W. Washington, DC 20201

CASE NUMBER:   1:08-cv-00133

TO: (Name and address of Defendant)

Michael O. Leavitt, Secretary
U.S. Department of Health and Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louis J. Capozzi, Jr. Esquire
Capozzi and Associates, P.C.
2933 North Front Street
Harrisburg, PA 17110

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 22 2008

CLERK                                                    DATE

(By) DEPUTY CLERK



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael A. Leavitt, Secretary,
U.S. Dept. of Health & Human Serv.
c/o Gen. Counsel, DHHS
200 Independence Ave, SW
Washington, D.C. 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Virgil Peots
C. Date of Delivery: 02-29-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☒ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 9890 2644

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 26, 2008 |
| NAME OF SERVER *(PRINT)* Karen L. Fisher | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service via US Certified Mail, Return Receipt Requested, PS Form 3811, Receipt # 7003 2260 0000 9890 2620, addressed to Michael Mukasey, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530-0001

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 26, 2008          *Karen L. Fisher*
                  Date                             Signature of Server

                                2933 N. Front St., Harrisburg, PA 17110
                                Address of Server

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lackawanna County Health Care Center
Sturges Road, Olyphant, PA 18447

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, in his official capacity as Secretary of the U.S. Department of Health and Human Services, c/o General Counsel Department of Health and Human Services, 200 Independence Avenue, S.W. Washington, DC 20201

CASE NUMBER:   1:08-cv-00133

TO: (Name and address of Defendant)

Michael Mukasey
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louis J. Capozzi, Jr. Esquire
Capozzi and Associates, P.C.
2933 North Front Street
Harrisburg, PA 17110

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 2 2 2008
CLERK                                       DATE

*(signature)* Jackie Frances
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark FEB 26 2008

Sent To: Michael Mukasey
U.S. Attorney General
Street, Apt. No. U.S. Department of Justice
or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4 Washington DC 20530-0001

7003 2260 0000 9890 2620

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Mukasey
   US Attorney General
   US Department of Justice
   950 Pennsylvania Avenue NW
   Washington, D.C. 20530-10001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
                                FEB 29 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☒ Insured Mail      ☒ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)   7003 2260 0000 9890 2620

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE FEBRUARY 26, 2008 |
| NAME OF SERVER (PRINT) KAREN L. FISHER | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service via U.S. Certified Mail, Return Receipt Requested; P.S. Form 3811 Receipt # 7003 2260 0000 9890 2637; addressed to Office of the U.S. Attorney for the District of Columbia, ATTN: Civil Process Clerk, 555 4th Street, N.W., Washington DC 20201

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 26, 2008            *Karen L. Fisher*
             Date                          Signature of Server

             2933 N. Front St, Harrisburg PA 17110
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lackawanna County Health Care Center
Sturges Road, Olyphant, PA 18447

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, in his official capacity as Secretary of the
U.S. Department of Health and Human Services, c/o
General Counsel Department of Health and Human
Services, 200 Independence Avenue, S.W. Washington, DC
20201

CASE NUMBER:   1:08-cv-00133

TO: (Name and address of Defendant)

Office of the United States Attorney
for the District of Columbia
ATTN: CIVIL PROCESS CLERK
555 4th Street, NW
Washington , DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louis J. Capozzi, Jr. Esquire
Capozzi and Associates, P.C.
2933 North Front Street
Harrisburg, PA  17110

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                         FEB 2 2 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of the U.S. Attorney
   for the District of
   Columbia
   Attn: Civil Process Clerk
   555 4th Street, N.W.
   Washington, D.C.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent  ☐ Address

B. Received by (Printed Name)   C. Date of Delivery
   MAR 0 3 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0000 9890 2637

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Office of the U.S. Attorney for
Street, Apt. No.; or PO Box No.: the District of Columbia
                                  Attn: Civil Process Clerk
City, State, ZIP+4: 555 4th St. N.W.
                    Washington D.C. 20201

7003 2260 0000 9890 2637

PS Form 3800, June 2002    See Reverse for Instructions