UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LACKAWANNA COUNTY HEALTH CARE CENTER, )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services, )<br><br>Defendant. ) | Case No. 1:08-cv-0133 (EHS) |

### ANSWER

Defendant, Michael O. Leavitt, the Secretary of Health and Human Services (the "Secretary"), by and through his undersigned counsel, hereby answers Plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendant answers the numbered paragraphs of the Complaint, using the same numbering contained in the Complaint, as follows:

1. The first sentence contains Plaintiff's characterization of this action to which no response is required. The second and third sentences contain conclusions of law to which no response is required.

2-6. Admits.

7. Denies.

8. Admits that a copy of the Provider Reimbursement Review Board's ("Board" or

"PRRB") dismissal letter is attached to the Complaint and labeled as "Exhibit 1." The remainder of this paragraph contains a characterization of the Board's letter dated October 24, 2007. Defendant denies any such characterization and respectfully refers the Court to the PRRB letter for a complete and accurate statement of its contents.

    9. Admits.

    10. Admits.

    11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

    12. This paragraph contains Plaintiff's conclusions of law and characterizations of the Medicare statute and a Medicare regulation, which speak for themselves. Defendant denies any such characterizations and respectfully refers the Court to the cited provisions for a complete and accurate statement of their contents.

    13. Admits.

    14. Denies.

The remainder of the Complaint consists of Plaintiff's prayer for relief, to which no response is required. To the extent that a response is deemed to be required, Defendant denies that Plaintiff is entitled to the relief requested or to any other relief. All allegations contained in the Complaint not heretofore specifically admitted, modified, or denied are hereby generally denied as completely as if separately and specifically denied.

    Defendant respectfully requests that the Court enter judgment dismissing the action with prejudice, affirm the validity of the challenged agency action, and award Defendant costs and such other relief as the Court may deem appropriate.

The Secretary will separately file a certified copy of the administrative record.

                        Respectfully submitted,

                        /s/
                        JEFFREY A. TAYLOR
                        United States Attorney
                        D.C. Bar No. 498610

                        /s/
                        CHRISTOPHER B. HARWOOD
                        Assistant United States Attorney
                        N.Y. Reg. No. 4202982
                        Judiciary Center Building
                        555 4th St., N.W.
                        Washington, D.C. 20530
                        (202) 307-0372

                        /s/
                        LAWRENCE J. HARDER
                        Supervisory Trial Attorney
                        ANDREW S.M. TSUI
                        Law Clerk
                        U.S. Department of Health and Human Services
                        Office of the General Counsel
                        Centers for Medicare & Medicaid Services Division
                        Room C2-02-24
                        7500 Security Boulevard
                        Baltimore, Maryland 21244-1850
                        (410) 786-1895

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation

United States Department of
Health and Human Services