UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACKAWANNA COUNTY HEALTH CARE ）
CENTER, ）
 ）
                    Plaintiff, ）
 ）            Case No. 1:08-cv-0133 (ESH)
          v. ）
 ）
MICHAEL O. LEAVITT, Secretary of the ）
United States Department of Health and ）
Human Services, ）
 ）
                    Defendant. ）
 ）

**JOINT REPORT AND MOTION TO SET BRIEFING SCHEDULE**

Counsel for Defendant Michael O. Leavitt, Secretary of the United States Department of

Health and Human Services, and Plaintiff Lackawanna Health Care Center have conferred and agree

that, because this civil action is an action seeking judicial review on an administrative record, the

initial disclosure requirement and the obligation to have an initial scheduling conference do not

arise.  See Fed. R. Civ. P. 26(a)(B)(i); LCvR. 16.3(b)(1); 42 U.S.C. § 1395oo(f)(1).  The parties

agree that there will be no discovery in this case.  This case is for judicial review of a decision by

the Provider Reimbursement Review Board.  Defendant answered the complaint on April 28, 2008.

The parties further agree that this case should be disposed of on the basis of cross-motions

for summary judgment.  The parties have agreed upon a suggested briefing schedule and respectfully

submit the following proposed schedule for the submission of their respective briefs:

July 1, 2008:          Plaintiff's Motion for Summary Judgment

September 1, 2008:     Defendant's Opposition and Cross Motion

October 16, 2008:      Plaintiff's Opposition and Reply

December 1, 2008:     Defendant's Reply

WHEREFORE, the parties respectfully submit the above agreed briefing schedule for summary judgment motions.  A proposed order is attached.

Respectfully Submitted,

Counsel for Plaintiff:

  /s/
BRUCE G. BARON
Capozzi & Associates, P.C.
2933 North Front Street
Harrisburg, PA 17110
(717) 233-4101

Counsel for Defendant:

  /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

  /s/
CHRISTOPHER HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372

  /s/
LAWRENCE J. HARDER
Supervisory Trial Attorney
ANDREW S.M. TSUI
Law Clerk
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-02-24
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1895

<u>OF COUNSEL</u>:

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LACKAWANNA COUNTY HEALTH CARE CENTER, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:08-cv-0133 (ESH) |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon review of the parties' Joint Report and finding that the briefing schedule proposed by the parties is acceptable to this Court, it is this ___day of _____, 2008, hereby ORDERED that:

Summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| July 1, 2008: | Plaintiff's Motion for Summary Judgment |
| September 1, 2008: | Defendant's Opposition and Cross Motion |
| October 16, 2008: | Plaintiff's Opposition and Reply |
| December 1, 2008: | Defendant's Reply |

SO ORDERED.

_____
ELLEN S. HUVELLE
United States District Judge

Copy to: ECF Counsel