UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LACKAWANNA COUNTY HEALTH CARE CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civ. Action No. 08-0133 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD ON CD

Defendant, the Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action on a CD. The record is being maintained in the Clerk's Office on a CD and will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m. Monday through Friday beginning on May 6, 2008.

The administrative record has been filed with the Court and a copy is being served on opposing counsel.

    Respectfully submitted,

        /s/
    JEFFREY A. TAYLOR, D.C. Bar # 498610
    United States Attorney

        /s/
_____
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing copy of Defendant's Notice of Filing Of Administrative Record on CD with attached Administrative Record has been delivered by City Express, this 5th day of May, 2008, addressed to:

**Louis J. Capozzi, Jr.**
**2933 North Front Street**
**Harrisburg, PA 17110**

                            /s/
                        Christopher B. Harwood
                        Assistant United States Attorney