UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LACKAWANNA COUNTY              :
HEALTH CARE CENTER             : Civil Action No.  1:  08-cv- 0133 (EHS)
    Plaintiff,                            :
                                              :
  v.                                        :
                                              :
MICHAEL O. LEAVITT, Secretary  :
  of Health and Human Services    :
    Defendant.                          :
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO EXTEND DEADLINES ESTABLISHED
<u>IN THE MINUTE ORDER ISSUED MAY 5, 2008</u>**

    Lackawanna County Health Care Center hereby moves the Court for a thirty (30) day Extension to file its Motion for Summary Judgment.

    On May 5, 2008, the Court issued a Minute Order adopting the Parties' proposed briefing schedule setting July 1, 2008 as the deadline for the filing of the Plaintiff's Motion for Summary Judgment. Plaintiff hereby requests a thirty day extension to July 31, 2008 to file its Motion for Summary Judgment.

Plaintiff has contacted Andrew S.M. Tsui, counsel for the Defendant, and the Defendant concurs in the filing of this Motion.

A Proposed Form of Order is attached hereto.

                                    Respectfully submitted,

                                    /s/ Louis J. Capozzi, Jr., Esquire
                                    Louis J. Capozzi, Jr., Esquire
                                    Pa. Attorney I.D. No. 46559
                                    Capozzi and Associates, P.C.
                                    2933 North Front Street
                                    Harrisburg, PA  17110-1250
                                    Telephone: [717] 233-4101
                                    louc@capozziassociates.com
                                    Attorney for Plaintiff

Date: July 1, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| LACKAWANNA COUNTY : | |
| HEALTH CARE CENTER : | Civil Action No.  1: 08-cv- 0133 (EHS) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MICHAEL O. LEAVITT, Secretary : | |
| of Health and Human Services : | |
| Defendant. : | |

_____

## **ORDER**

AND NOW, this            day of                                    2008, the Unopposed Motion for Extension of Time to Extend Deadlines Established in the Minute Order Issued May 5, 2008 is GRANTED.

The schedule is hereby amended to be:

  July 31, 2008: Plaintiff's Motion for Summary Judgment

  October 1, 2008: Defendant's Opposition and Cross Motion

  November 14, 2008: Plaintiff's Opposition and Reply

  December 31, 2008: Defendant's Reply.

                                BY THE COURT:


                                _____
                                ELLEN S. HUVELLE
                                United States District Judge

Copy to: ECF Counsel