UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| LACKAWANNA COUNTY : | |
| HEALTH CARE CENTER : | Civil Action No.  1: 08-cv- 0133 (EHS) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MICHAEL O. LEAVITT, Secretary : | |
| of Health and Human Services : | |
| Defendant. : | |

_____

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME
TO EXTEND DEADLINES ESTABLISHED
<u>IN THE MINUTE ORDER ISSUED MAY 5, 2008</u>**

Lackawanna County Health Care Center hereby moves the Court for a thirty (30) day Extension to file its Motion for Summary Judgment.

On May 5, 2008, the Court issued a Minute Order adopting the Parties' proposed briefing schedule setting July 1, 2008 as the deadline for the filing of the Plaintiff's Motion for Summary Judgment. The parties agreed to a thirty day extension to July 31, 2008 for Plaintiff to file its Motion for Summary Judgment.

1

The parties are currently exploring an alternative resolution of this matter under which this appeal may be voluntarily discontinued; however, they require additional time to conclude their discussions. Plaintiff has contacted Andrew S.M. Tsui, counsel for the Defendant, and the Defendant concurs in the filing of this Motion for a further extension until Tuesday, September 2, 2008 for Plaintiff to file its Motion for Summary Judgment in this matter.

A Proposed Form of Order is attached hereto.

Respectfully submitted,

/s/ Louis J. Capozzi, Jr., Esquire
Louis J. Capozzi, Jr., Esquire
Pa. Attorney I.D. No. 46559
Capozzi and Associates, P.C.
2933 North Front Street
Harrisburg, PA  17110-1250
Telephone: [717] 233-4101
louc@capozziassociates.com
Attorney for Plaintiff

Date: July 31, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| LACKAWANNA COUNTY | : |
| HEALTH CARE CENTER | : Civil Action No.  1: 08-cv- 0133 (EHS) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MICHAEL O. LEAVITT, Secretary | : |
| of Health and Human Services | : |
| Defendant. | : |

_____

## **ORDER**

AND NOW, this            day of                                    2008, the Unopposed Motion for Extension of Time to Extend Deadlines Established in the Minute Order Issued May 5, 2008 is GRANTED.

The schedule is hereby amended to be:

    September 2, 2008: Plaintiff's Motion for Summary Judgment

    November 3, 2008: Defendant's Opposition and Cross Motion

    December 3, 2008: Plaintiff's Opposition and Reply

    January 5, 2009: Defendant's Reply.

                                    BY THE COURT:

                                    _____
                                    ELLEN S. HUVELLE
                                    United States District Judge

Copy to: ECF Counsel