# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| LACKAWANNA COUNTY | : |
| HEALTH CARE CENTER | : Civil Action No.  1: 08-cv- 0133 (EHS) |
|     Plaintiff, | : |
| | : |
|   v. | : |
| | : |
| MICHAEL O. LEAVITT, Secretary | : |
|    of Health and Human Services | : |
|       Defendant. | : |

_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Lackawanna County Health Care Center, pursuant to Federal Rules of Civil Procedure Rule 41, hereby gives notice of the dismissal of this action.

                                          Respectfully submitted,

                                          /s/ Louis J. Capozzi, Jr.
                                          Louis J. Capozzi, Jr., Esquire
                                          Capozzi & Associates, P.C.
                                          2933 North Front Street
                                          Harrisburg, PA 17110-1250
                                          Telephone: 717-233-4101
                                          [Attorneys for Plaintiff]

DATE: September 2, 2008